THE NATIONAL SURETY COMPANY, Respondent.— Motion granted to dismiss appeal as to National Surety Company, without costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS PLAN COMPANY OF BUFFALO, Respondent, v. WILLIAM J. BURKE and Others, as Assessors of the City of Buffalo, Appellants.— Motion granted permitting corporation counsel of city of New York to file brief as *amicus curiæ*. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MAUDE E. ENGLISH, as Administratrix, etc., of WALLACE ENGLISH, Deceased, Respondent, v. ROBERT J. GORDON and Others, Appellants.— Appeal dismissed, unless appellants shall file and serve printed records and printed briefs by April thirtieth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GRANT E. NEIL, Appellant, v. CHARLES E. BECKER, Respondent.— Appeal dismissed, unless appellant shall file and serve printed records and printed briefs by April tenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HELENA F. COLLINS, Respondent, v. CENTRAL TRUST COMPANY OF ROCHESTER and Others, Appellants.— Appeal dismissed, unless appellants shall file and serve printed records and printed briefs by May first. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of RAYMOND H. BROODER for an Order of Certiorari against E. D. BOSTWICK and Others, as Police Commissioners of the City of Corning, N. Y.— Appeal dismissed, unless appellants shall file and serve printed briefs by March twenty-second. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CARL C. WINTERS, Respondent, v. JOSEPH D. MORRELL and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve the printed records and printed briefs by May first. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

KELLOGG MANUFACTURING COMPANY, Respondent, v. ISADOR ROSENBLOOM, Appellant.— Motion to dismiss appeal denied, and appellant relieved from default. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of Acquiring Title to Certain Lands for Park Purposes in the Town of Tonawanda, Owned by REFLEX DEVELOPMENT COMPANY and the BUFFALO SOCIETY OF NATURAL SCIENCES.— Appeal dismissed, unless appellant shall file and serve the printed briefs on appeal, and pay ten dollars costs by March nineteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

PAUL A. BROWN, Respondent, v. THOMAS LAMPONE, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LOUIS ABOTTE and Another, Respondents, v. PHOENIX ASSURANCE COMPANY, LTD., OF LONDON, ENGLAND, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LOUIS ABOTTE and Another, Respondents, v. AMERICAN AND FOREIGN FIRE INSURANCE COMPANY OF NEW YORK CITY, NEW YORK, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.